IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>*ex rels*. DEANNA BRADLEY AND<br>NICKI LINDLER,<br>      Plaintiff-Relators,<br><br>v.<br><br>FAMILY MEDICAL CENTERS OF<br>SOUTH CAROLINA, LLC; STEPHEN<br>SERBIN, MD; PETER J. STAHL, MD;<br>DAVID FISHER, MD; BHAVESH<br>AMIN, MD; CAROL BERRY, FNP;<br>PATRICE HIGH, DO; TAMARA<br>CROWE, DO; GRIFFITH WALTERS,<br>MD; WILLIAM CRIGLER, MD;<br>STACY GAJEWSKI, MD; DAVID<br>MORRIS, MD; MINOTI PARAB, MD;<br>JOHN MATTERI, MD; JENNIFER<br>TURNER, PA; KATHERINE E.<br>GORDON, MD; PAMELA BROWN,<br>MD,<br><br>      Defendants. | C.A. No.: 3:14-cv-03638-MBS<br><br>**FILED *EX PARTE* AND<br><u>UNDER SEAL</u>** |

## **ORDER**

Upon consideration of the United States' and Relators Bradley and Lindler's Joint Motion to Lift the Seal; it is hereby **ORDERED** that:

1. Said motion be **GRANTED**;

2. The Relators' Complaint and Attachments, Notice of Voluntary Dismissal, and this Order be unsealed;

3. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except as further ordered by this Court.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

November 17, 2016